◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY D. PEGLOW, II, Appellant. (Appeal No. 2.) [46 NYS3d 453]—

Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered January 13, 2015. The judgment convicted defendant, upon his plea of guilty, of falsifying business records in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Peglow* ([appeal No. 1] 147 AD3d 1391 [2017]). Present—Carni, J.P., Lindley, DeJoseph, Curran and Troutman, JJ.